IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02577-MSK-OES

SOUTH PARK MOTOR LINES, INC.,
d/b/a CAST TRANSPORTATION,

        Plaintiff,

v.

KAISER HILL COMPANY, L.L.C.,

        Defendant.

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE REPLY

THIS MATTER comes before the Court on the Plaintiff's Unopposed Motion for Leave to File Reply to Defendant's Response to Order to Show Cause (**#15**). Good cause having been shown,

**IT IS THEREFORE ORDERED** that Plaintiff shall have up to and including seven (7) days after the filing of Defendant's Response to the Court's Order to Show Cause in which to file its reply.

Dated this 20th day of January, 2006

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge